UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Shaun Maguire

Case No.: 19-17950/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___July 16, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property: 5426 Battle Lane, Millville, NJ*
FMV - $184,928.00**
*Debtor only has a 50% interest in the property
**Trustee does not believe liquidation of same would yield a significant monetary benefit to general unsecured creditors.

Liens on property:
Carrington Mtg - $168,698.73
(Mortgage is solely in non-filing spouse's name, but a lien on the real estate)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Shaun Maguire

Case No.: 19-17950/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __July 16, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Timeshare:
Westgate Timeshare
Orlando, FL*
FMV - $1,500.00
*Debtor only has a 50% interest in the property

Liens on property: Westgate - $3,576.00

Amount of equity claimed as exempt: $6,212.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-17950-ABA
Shaun D. Maguire                                                        Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2           Date Rcvd: Jun 18, 2019
                              Form ID: pdf905           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
```
db          +Shaun D. Maguire,    5426 Battle Lane,    Millville, NJ 08332-6159
cr          +Richard Fowler,    PO Box 49,    Dorchester, NJ 08316-0049
518192102   +Alan M. Kamal, Esquire,    Law Offices of Alan M. Kamal,    1207 East Grand St., 3rd Floor,
              Elizabeth, NJ 07201-2328
518192104   +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
              Lancaster, PA 17601-4890
518192107   +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518192108   +Experian,    PO Box 4500,    Allen, TX 75013-1311
518192110   +Law Office of Alan M. Kamel,    1207 East Grand St,    3rd Floor,    Elizabeth, NJ 07201-2328
518284566   +Richard Fowler,    Moshe Rothenberg, Esq.,    880 E. Elmer Road,    Vineland, NJ 08360-6466
518192111    Richard Fowler Jr.,    183 Carlisle Place,    Dorchester, NJ 08332
518192112   +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
              Trenton, NJ 08695-0245
518192113  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:    Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
518241201   +Toyota Motor Credit Corporation.,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518192114   +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518192115   +Westgate Resorts,    PO Box 160399,    Altamonte Springs, FL 32716-0399
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2019 00:14:33     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2019 00:14:30     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518192103   +E-mail/Text: ally@ebn.phinsolutions.com Jun 19 2019 00:13:13     Ally Financial,
              Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518192105   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 00:19:11     Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518192106   +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2019 00:20:12     Credit One Bank,
              Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518192109   +E-mail/Text: cio.bncmail@irs.gov Jun 19 2019 00:14:06     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518194966   +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 00:20:02     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Moshe  Rothenberg     on behalf of Creditor Richard  Fowler moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Jun 18, 2019
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor Shaun D. Maguire tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 6