# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Shaun D Maguire, Debtor(s)  **Case No.:** 19-17950/ABA
**Chapter:** 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ally Capital

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4B
Camden, NJ

**Date and Time:**   Tuesday, July 30, 2019 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2325 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 24, 2019 the foregoing notice was served on the following:

Shaun Maguire, Debtor
Thomas Egner, Counsel for Debtor