**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shaun D. Maguire | Social Security number or ITIN    xxx–xx–8442 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–17950–ABA | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Shaun D. Maguire
  aka Shaun Maguire

8/23/19                                                             **By the court:**   Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17950-ABA
Shaun D. Maguire                                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Aug 23, 2019
                              Form ID: 318               Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
```
db            +Shaun D. Maguire,    5426 Battle Lane,    Millville, NJ 08332-6159
cr            +Richard Fowler,    PO Box 49,    Dorchester, NJ 08316-0049
518192102     +Alan M. Kamal, Esquire,    Law Offices of Alan M. Kamal,    1207 East Grand St., 3rd Floor,
               Elizabeth, NJ 07201-2328
518192104     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
               Lancaster, PA 17601-4890
518192107     +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518192108     +Experian,    PO Box 4500,    Allen, TX 75013-1311
518192110     +Law Office of Alan M. Kamel,    1207 East Grand St,    3rd Floor,    Elizabeth, NJ 07201-2328
518284566     +Richard Fowler,    Moshe Rothenberg, Esq.,    880 E. Elmer Road,    Vineland, NJ 08360-6466
518192111      Richard Fowler Jr.,    183 Carlisle Place,    Dorchester, NJ 08332
518192112     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
               Trenton, NJ 08695-0245
518241201     +Toyota Motor Credit Corporation.,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518192114     +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518192115     +Westgate Resorts,    PO Box 160399,    Altamonte Springs, FL 32716-0399
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QJDMARCHAND.COM Aug 24 2019 03:53:00      Joseph Marchand,    117-119 West Broad St.,
               PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:33      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:28      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: GMACFS.COM Aug 24 2019 03:53:00      Ally Capital,    serviced by Ally Servicing LLC,
               PO Box 130424,    Roseville, MN  55113-0004
518192103     +EDI: GMACFS.COM Aug 24 2019 03:53:00      Ally Financial,    Attn: Bankruptcy Dept,
               Po Box 380901,    Bloomington, MN 55438-0901
518192105     +EDI: CAPITALONE.COM Aug 24 2019 03:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
518192106     +EDI: RCSFNBMARIN.COM Aug 24 2019 03:53:00      Credit One Bank,    Attn: Bankruptcy Department,
               Po Box 98873,    Las Vegas, NV 89193-8873
518192109     +EDI: IRS.COM Aug 24 2019 03:53:00      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518194966     +EDI: RMSC.COM Aug 24 2019 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518192113      EDI: TFSR.COM Aug 24 2019 03:53:00      Toyota Motor Credit Co,    Toyota Financial Services,
               Po Box 8026,    Cedar Rapids, IA 52408
                                                                                               TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph  Marchand     jdmarchand@comcast.net,
               jmarchand@ecf.axosfs.com;jmarchand@comcast.net
              Moshe Rothenberg    on behalf of Creditor Richard  Fowler moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 23, 2019
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Moshe  Rothenberg    on behalf of Plaintiff Richard  Fowler moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
         Thomas G. Egner    on behalf of Debtor Shaun D. Maguire tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 7